United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ERICA MORENO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-047 |
| | § | |
| | § | |
| JORGE LUIS GARZA, et al., | § | |
|     Defendants. | § | |

## ORDER

The Court is in receipt of the parties' "Joint Stipulation of Dismissal with Prejudice" (the parties' "Joint Stipulation"). Dkt. No. 10. In light of the parties' Joint Stipulation, the initial pre-trial conference currently set for **July 8, 2024,** is hereby **CANCELED**.

**SIGNED** on this **21th** day of **June, 2024**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**