United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS:
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ERICA MORENO<br>  *PLAINTIFF,* | §§§§ | |
| VS. | §§§ | CIVIL ACTION NO.24-cv-047 |
| JORGE LUIS GARZA AND RODRIGO VALLES HERNANDEZ DBA TRANSPORTE REFRIGERADORES EXPRESS<br>  *DEFENDANTS.* | §§§§§ | |

## ORDER OF DISMISSAL

Plaintiff, ERICA MORENO, and defendants, JORGE LUIS GARZA and TRANSPORTES REFRIGERADOS GC XPRESS SA DE CV, filed a *Joint Stipulation of Dismissal with Prejudice* in which they stated that Moreno's claims in this suit are settled and that all claims should be dismissed with prejudice.

The Court, having considered the stipulation, finds it to be in accordance with Rule 41(a)(1)(A)(ii) and ORDERS that this suit and all claims asserted in this suit are DISMISSED WITH PREJUDICE. The U.S. District Clerk's office is ordered to close this case.

The Clerk of Court is DIRECTED TO TERMINATE this case.

It is so ORDERED.

Signed _____July 3_____, 2024.

_____
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

THE BEGUM LAW GROUP

By: /s/ Mario A.Cisneros (By Permission)
    Mario A. Cisneros
    Attorney-in-Charge
    Texas Bar No. 24065048
    Southern District No. 2601122
    mcisneros@texaslegalgroup.com
    2401 Wild Flower, Suite B
    Brownsville, Texas 78526
    Telephone: (956) 982-1800
    Facsimile: (956) 982-8602

    -and-

VOLK & MCELROY, LLP

By: /s/ David Volk (By Permission)
    David Volk
    Texas Bar No. 24056477
    david@volkandmcelroy.com
    3003 NW Loop 410, Ste. 100
    San Antonio, Texas 78230
    Telephone: (210) 377-1414
    Facsimile: (210) 377-1415

**ATTORNEYS FOR PLAINTIFF, ERICA MORENO**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP

By: */s/ James H. Hunter, Jr.*
    James H. Hunter, Jr.,
    Attorney-in-Charge,
    State Bar No. 00784311
    Federal I.D. No. 15703
    55 Cove Circle
    Brownsville, Texas 78521
    (956) 542-4377 (Telephone)
    (956) 542-4370 (Facsimile)
    E-Mail: jim.hunter@roystonlaw.com

**Attorney for Defendants,**

**JORGE LUIS GARZA and
TRANSPORTES REFRIGERADOS GC
XPRESS SA DE CV**

OF COUNSEL:
Shauna A. Lozano
State Bar No. 24106229
Fed. I.D. No. 3151244
Lorena A. Guajardo
State Bar No. 24096911
Fed. I.D. No. 3655024
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
Email: shauna.lozano@roystonlaw.com
Email: aly.guajardo@roystonlaw.com